UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | JOY ONUAMEKWU OPARANOZIE a/k/a JOY OPARANOZIE a/k/a JOY O. OPARANOZIE d/b/a PRECISE ACADEMY<br>Debtor | : CHAPTER 13<br>:<br>:<br>: CASE NO. 1-21-bk-02566-HWV :<br>:<br>: OBJECTION TO EXEMPTIONS |
| | JACK N. ZAHAROPOULOS STANDING CHAPTER 13 TRUSTEE<br>Movant<br>vs.<br>JOY ONUAMEKWU OPARANOZIE a/k/a JOY OPARANOZIE a/k/a JOY O. OPARANOZIE d/b/a PRECISE ACADEMY<br>Respondent | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## ORDER

Upon consideration of the Trustee's Objection to Debtor's Exemptions,

IT IS HEREBY ORDERED that the Trustee's Objection to Exemptions is sustained.

By the Court,

_____
Henry W. Van Eck, Chief Bankruptcy Judge
Dated: February 9, 2022